**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK CORPORATION LIMITED f/k/a TP-LINK INTERNATIONAL LTD.,<br><br>Defendant. | Civil Action No. 6:22-cv-1273-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**OPPOSED MOTION FOR EXTENSION OF TIME**

Defendant TP-Link Corporation Limited f/k/a TP-Link International Ltd. ("TP-Link") respectfully moves for a 45-day extension to answer or otherwise respond to Plaintiff Sovereign Peak Ventures, LLC's ("Sovereign Peak") Complaint and Jury Demand (the "Complaint") filed on December 9, 2022. No prior extensions have been requested or granted in this case.

Good cause exists for the requested extension. Sovereign Peak alleges service was effected on July 3, 2023. (Dkt. 10.) Sovereign Peak did not file its purported proof of service until late on Sunday, July 23, 2023. (*See id.*) TP-Link has engaged undersigned counsel to evaluate the adequacy of this alleged service and otherwise prepare a response to the Complaint; however, additional time is needed for undersigned counsel to evaluate the allegations in the Complaint and the proof of service and prepare an appropriate response.

On July 24, 2023, undersigned counsel conferred with counsel for Sovereign Peak counsel, Cabrach J. Connor, regarding this extension request. Mr. Connor indicated that Sovereign Peak opposes this request.

Dated: July 24, 2023

Respectfully submitted,

/s/ *Kristopher L. Reed*
Kristopher L. Reed
KILPATRICK, TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@kilpatricktownsend.com

*Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 24, 2023, I conferred with Plaintiff's counsel, Cabrach J. Connor, regarding the requested 45-day extension of time for TP-Link to answer or otherwise respond. Mr. Connor refused to agree to a 45-day extension.

*/s/ Kristopher L. Reed*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 24, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Kristopher L. Reed*