**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:22-cv-1273-ADA-DTG** |
| | § | |
| **v.** | § | |
| | § | |
| **TP-LINK CORPORATION** | § | **JURY TRIAL** |
| **LIMITED f/k/a TP-LINK** | § | |
| **INTERNATIONAL LTD.** | § | |
| **Defendant.** | § | |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff Sovereign Peak Ventures, LLC against Defendant TP-Link Corporation Limited f/k/a TP-Link International Ltd. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Sovereign Peak Ventures, LLC against Defendant TP-Link Corporation Limited f/k/a TP-Link International Ltd are hereby dismissed with prejudice, subject to the terms of that certain agreement titled "SETTLEMENT AND LICENSE AGREEMENT" and dated October 31, 2023.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 29th day of November, 2023.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE